STATE *ex rel.* CLARENCE M. GAY, Clerk Circuit Court, v J. M. LEE, State Comptroller.

151 So. 49.

Division B.

Opinion Filed Nov. 20, 1933.

C. O. *Andrews,* for Relator;

Cary D. *Landis,* Attorney General, *H. E. Carter* and *Robert J. Pleus,* Assistants, for Respondents.

PER CURIAM.—The alternative writ of mandamus herein is hereby quashed, it appearing that the relator has no right to demand the performance of the command of the writ.

Alternative writ quashed.

DAVIS, C. J., and WHITFIELD, ELLIS and BUFORD, J. J., concur.

TERRELL and BROWN, J. J., dissent.

DAVIS, C. J. (specially concurring).—My strong inclination is to dissent from the above order, but in view of the unusually large number of equally divided opinions which have so recently occasioned an *impasse* in this Court on important questions, I concur in the above order, inasmuch as my concurrence therein leads to the same judicial order that would become necessary should my tentative dissent be allowed to stand and thereby create an equally divided court for the final decision of this case.